UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELIZABETH HAYES COX,

    Defendant.

Cr. No. 5:18-cr-00009-BO-1

ORDER TO SEAL

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 17 in the above-captioned case be sealed.

This the 24 day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE