IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-9-BO

UNITED STATES OF AMERICA :
:
v. :
:
ELIZABETH HAYES COX :

**ORDER OF FORFEITURE**

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendant, pursuant to 18 U.S.C. § 981, as proceeds of the unlawful activity of the defendant as charged in the Criminal Indictment.

The defendant pled guilty to Counts Two and Three of the Criminal Indictment, that is, to offenses in violation of 18 U.S.C. § 641 (Theft of Public Money), and agreed to forfeit the property listed in the Criminal Information, that is, an amount of $113,469.48.

By virtue of the defendant's guilty plea and agreement, the United States is now entitled to the defendant's interest in $113,469.48, pursuant to 18 U.S.C. § 981;

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1

1. That based upon the defendant's guilty plea and agreement, the above-listed $113,469.48 is forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

SO ORDERED. This __16__ day of __Jun__, 2019.

TERRENCE W. BOYLE
Chief United States District Judge

2